## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

WEN QIN ZHU,                           )
                                       )
    Plaintiff,                     )
                                       )
v.                                     )       NO. 3:06-0460
                                       )       JUDGE HAYNES
THE VANDERBILT UNIVERSITY,             )
d/b/a VANDERBILT UNIVERSITY            )
MEDICAL CENTER,                        )
                                       )
    Defendant.                     )

## O R D E R

In accordance with the Memorandum filed herewith, the Defendant The Vanderbilt

University, d/b/a Vanderbilt University Medical Center's motion for summary judgment

(Docket Entry No. 25) is **GRANTED**. This action is **DISMISSED with prejudice**.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the ___*4th*___ day of October, 2007.

WILLIAM J. HAYNES, JR.
United States District Judge

27